## City of Chicago, Appellee, v. Paul A. Labriola, Appellant.

**Gen. No. 43,956.** 

opinion filed February 4, 1948; released for publication February 20, 1948. Harold L. Levy and Lawrence S. Jacobson, for appellant; Lawrence S. Jacobson, of counsel; Barnet Hodes, Corporation Counsel, for appellee; J. Herzl Segal, Head of Appeals and Review Division and L. Louis Karton and Harry Markin, Assistant Corporation Counsel, of counsel. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full.